UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHAVERATANA SUSIA LEDVINA,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>ELDORADO RESORTS CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:14-cv-01414-RFB-PAL<br><br>ORDER<br><br>(Mot Ext Time Serve – Dkt. #31) |

Before the court is Plaintiff's Motion for Additional Time to File Proof of Service as to Defendant Dominic Taleghani; Memorandum of Points and Authorities; Declaration of Daniel R. Watkins, Esq. (Dkt. #31).

Plaintiff seeks a forty-five day extension to serve Defendant Taleghani. The motion is supported by the affidavit of counsel, and an affidavit of due diligence establishing the efforts made to obtain service, in addition to requests for waiver of service of process. Having read and considered the matter, the court is satisfied that the Plaintiff has established good cause for the forty-five day extension requested. Counsel for the corporate Defendant is also representing the individual Defendants/employees in this case. It appears that Mr. Taleghani is an existing employee of the corporation. Counsel for Plaintiff represents that he has spoken with opposing counsel who agreed to contact Mr. Taleghani to determine if he would authorize counsel to accept service of the amended complaint on his behalf. Counsel for Plaintiff sent defense counsel a written waiver form on March 31, 2015, but at the time this motion was file, had not yet received a response as to whether or not the firm would accept service, or whether Plaintiff would need to continue to incur the expense of tracking and serving Mr. Taleghani.

/ / /

/ / /

1

The court trusts that counsel for the Defendants will communicate to Mr. Taleghani his obligations under Fed. R. Civ. P. 4(d) and the consequence of a failure to waive service outlined in Rule 4(d)(2) which provides:

> If a Defendant located within the United States fails, without good cause, to sign a return a waiver requested by a Plaintiff located within the United States, the court must impose on the Defendant:
>
> A. The expense later incurred in making service; and
>
> B. The reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

For good cause shown,

**IT IS ORDERED** that Plaintiff's Motion (Dkt. #31) is **GRANTED** and Plaintiff shall have until **June 5, 2015,** in which to serve Mr. Taleghani.

DATED this 21st day of April, 2015.

PEGGY A. LEEN  
UNITED STATES MAGISTRATE JUDGE

2