1
2
3
4
5
6                      UNITED STATES DISTRICT COURT
7                           DISTRICT OF NEVADA
8                                  * * *
9    Chaveratana Susia Ledvina,              **ORDER FOR STATUS AND**
                                             **SCHEDULING CONFERENCE**
10                    Plaintiff,
11   v.                                      Case No.: 2:14-cv-01414-RFB-PAL
12   Eldorado Resorts Corporation *et al.*,
13                    Defendants.
14   _____
15   Fabian Villarreal,
16                    Plaintiff,
17   v.                                      Case No.: 2:14-cv-01415-RFB-PAL
18   Eldorado Resorts Corporation *et al.*,
19                    Defendants.
20   _____
21   Christine M. Harwick
22                    Plaintiff,
23   v.                                      Case No.: 2:14-cv-01651-RFB-PAL
24   Eldorado Resorts Corporation *et al.*,
25                    Defendants.
26   _____
27
28

Andjelka Knezevic,

            Plaintiff,

v.                                                      Case No.: 2:14-cv-01655-RFB-PAL

Eldorado Resorts Corporation *et al.*,

            Defendants.

---

Osvaldo Raul Andreatta,

            Plaintiff,

v.                                                      Case No.: 2:15-cv-00749-RFB-PAL

Eldorado Resorts Corporation *et al.*,

            Defendants.

---

Rajii Arora,

            Plaintiff,

v.                                                      Case No.: 2:15-cv-00751-RFB-PAL

Eldorado Resorts Corporation *et al.*,

            Defendants.

---

Frank Baccala,

            Plaintiff,

v.                                                      Case No.: 2:15-cv-00752-RFB-PAL

Eldorado Resorts Corporation *et al.*,

            Defendants.

---

Erin Saak

               Plaintiff,

v.

Eldorado Resorts Corporation *et al.*,

               Defendants.

Case No.: 2:15-cv-00754-RFB-PAL

Saeed Azizi,

               Plaintiff,

v.

Eldorado Resorts Corporation *et al.*,

               Defendants.

Case No.: 2:15-cv-00755-RFB-PAL

Douglas Bull,

               Plaintiff,

v.

Eldorado Resorts Corporation *et al.*,

               Defendants.

Case No.: 2:15-cv-00756-RFB-PAL

Andrew Moser,

               Plaintiff,

v.

Eldorado Resorts Corporation *et al.*,

               Defendants.

Case No.: 2:15-cv-00757-RFB-PAL

Corey Wells,

               Plaintiff,

v.

Eldorado Resorts Corporation *et al.*,

               Defendants.

Case No.: 2:15-cv-01006-RFB-PAL

| | |
|---|---|
| Lance Burns,<br><br>               Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>               Defendants. | Case No.: 2:15-cv-01009-RFB-PAL |
| Sean Mitropanopolous,<br><br>               Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>               Defendants. | Case No.: 2:15-cv-01014-RFB-PAL |
| Steven Olshansky,<br><br>               Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>               Defendants. | Case No.: 2:15-cv-01017-RFB-PAL |
| Gail Barnes,<br><br>               Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>               Defendants. | Case No.: 2:15-cv-01026-RFB-PAL |
| Don Parr,<br><br>               Plaintiff,<br><br>v.<br><br>El Dorado Resorts Corporación *et al.,*<br><br>               Defendants. | Case No.: 2:15-cv-01028-RFB-PAL |

| | |
|---|---|
| Mohammed Ali Sekkat, | Case No.: 2:15-cv-01029-RFB-PAL |
| Plaintiff, | |
| v. | |
| El Dorado Resorts Corporation *et al.*, | |
| Defendants. | |
| Marcella Parr, | Case No.: 2:15-cv-01030-RFB-PAL |
| Plaintiff, | |
| v. | |
| Eldorado Resorts Corporation *et al.*, | |
| Defendants. | |
| Susan Scheinburg, | Case No.: 2:15-cv-01031-RFB-PAL |
| Plaintiff, | |
| v. | |
| Eldorado Resorts Corporation *et al.*, | |
| Defendants. | |
| Julie Santovito, | Case No.: 2:15-cv-01032-RFB-PAL |
| Plaintiff, | |
| v. | |
| Eldorado Resorts Corporation *et al.*, | |
| Defendants. | |

A status and scheduling conference is set for **9:00 a.m., August 13, 2015, in Las Vegas Courtroom 3A** before the Honorable Peggy A. Leen and the Honorable George A. Foley.

Dated this 31st day of July, 2015.

Peggy A. Leen
United States Magistrate Judge