1
2
3
4
5

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Chaveratana Susia Ledvina,<br><br>            Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>            Defendants. | **AMENDED ORDER FOR STATUS AND SCHEDULING CONFERENCE**<br><br>Case No.: 2:14-cv-01414-RFB-PAL |
| Fabian Villarreal,<br><br>            Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>            Defendants. | Case No.: 2:14-cv-01415-RFB-PAL |
| Christine M. Harwick<br><br>            Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>            Defendants. | Case No.: 2:14-cv-01651-RFB-PAL |

| | |
|---|---|
| Andjelka Knezevic,<br><br>                Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>                Defendants. | Case No.: 2:14-cv-01655-RFB-PAL |
| Osvaldo Raul Andreatta,<br><br>                Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>                Defendants. | Case No.: 2:15-cv-00749-RFB-PAL |
| Rajii Arora,<br><br>                Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>                Defendants. | Case No.: 2:15-cv-00751-RFB-PAL |
| Frank Baccala,<br><br>                Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>                Defendants. | Case No.: 2:15-cv-00752-RFB-PAL |

| | |
|---|---|
| Erin Saak, <br><br>            Plaintiff, <br><br> v. <br><br> Eldorado Resorts Corporation *et al.*, <br><br>            Defendants. | Case No.: 2:15-cv-00754-RFB-PAL |
| Saeed Azizi, <br><br>            Plaintiff, <br><br> v. <br><br> Eldorado Resorts Corporation *et al.*, <br><br>            Defendants. | Case No.: 2:15-cv-00755-RFB-PAL |
| Douglas Bull, <br><br>            Plaintiff, <br><br> v. <br><br> Eldorado Resorts Corporation *et al.*, <br><br>            Defendants. | Case No.: 2:15-cv-00756-RFB-PAL |
| Andrew Moser, <br><br>            Plaintiff, <br><br> v. <br><br> Eldorado Resorts Corporation *et al.*, <br><br>            Defendants. | Case No.: 2:15-cv-00757-RFB-PAL |
| Corey Wells, <br><br>            Plaintiff, <br><br> v. <br><br> Eldorado Resorts Corporation *et al.*, <br><br>            Defendants. | Case No.: 2:15-cv-01006-RFB-PAL |

| | |
|---|---|
| Lance Burns,<br><br>    Plaintiff,<br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01009-RFB-PAL |
| Sean Mitropanopolous,<br><br>    Plaintiff,<br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01014-RFB-PAL |
| Steven Olshansky,<br><br>    Plaintiff,<br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01017-RFB-PAL |
| Gail Barnes,<br><br>    Plaintiff,<br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01026-RFB-PAL |
| Don Parr,<br><br>    Plaintiff,<br>v.<br><br>El Dorado Resorts Corporación *et al.,*<br><br>    Defendants. | Case No.: 2:15-cv-01028-RFB-PAL |

| | |
|---|---|
| Mohammed Ali Sekkat,<br><br>    Plaintiff,<br><br>v.<br><br>El Dorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01029-RFB-PAL |
| Marcella Parr,<br><br>    Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01030-RFB-PAL |
| Susan Scheinburg,<br><br>    Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01031-RFB-PAL |
| Julie Santovito,<br><br>    Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01032-RFB-PAL |

  A status and scheduling conference is **RESET** for **2:00 p.m., September 4, 2015, in Las Vegas Courtroom 3B** before the Honorable Peggy A. Leen and the Honorable George A. Foley.

  Dated this 4th day of August, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE