ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
SHELLEY L. MURRAY
Nevada Bar No. 12831
shelley.murray@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Eldorado Resorts Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHAVERATANA SUSIE LEDVINA,<br><br>Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALAGANI; JAMES GRIMES,<br><br>Defendants. | Case No.: 2:14-cv-01414-RFB-PAL<br><br>**STIPULATION TO RESPOND TO PLAINTIFF CHAVERATANA SUSIE LEDVINA'S SECOND AMENDED COMPLAINT** |

In anticipation of Plaintiff Chaveratana Susie Ledvina ("Plaintiff") filing a Second Amended Complaint, rendering her First Amended Complaint filed November 25, 2014, Doc. # 11 inoperative, Defendant Eldorado Resorts Corporation ("Eldorado" or "Defendant"), and Plaintiff, by and through their undersigned counsel, hereby stipulate that Defendant will not submit a response to Plaintiff's First Amended Complaint but instead respond to Plaintiff's Second Amended Complaint after filing. The parties further agree that Defendant will respond to Plaintiff's Second Amended Complaint in conformance with the Court's Order on the Motion to Dismiss, dated September 30, 2015, Doc. # 56.

This Stipulation is made in good faith and is not intended for purposes of delay. Accordingly, the parties hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED that Defendant will not provide a response to Plaintiff's First Amended Complaint and respond only to Plaintiff's Second Amended Complaint.

Dated this 14th day of October, 2015.

WATKINS & LETOFSKY, LLP

/s/ Daniel R. Watkins
Daniel R. Watkins
Brian S. Letofsky
Watkins & Letofsky, LLP
400 South 4th Street, Suite 280
Las Vegas, NV  89101

*Attorneys for Plaintiff*

Dated this 14th day of October 2015.

OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.

/s/ Jill Garcia
Anthony L. Martin
Jill Garcia
Shelley L. Murray
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800

*Attorneys for Defendant Eldorado Resorts Corporation*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

November 13, 2015
Dated

2