ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
SHELLEY L. MURRAY
Nevada Bar No. 12831
shelley.murray@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendants Eldorado Resorts Corporation,
Michael Marrs and Kristen Beck*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHAVERATANA SUSIE LEDVINA,<br><br>Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation, *et al*.,<br><br>Defendants. | Case No.: 2:14-cv-01414-RFB-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL AND TRIAL DATES** |

Pursuant to LR 6-1, 6-2 and 7-1, Plaintiff Chaveratana Susie Ledvina ("Plaintiff") and Defendants Eldorado Resorts Corporation ("Eldorado"), Michael Marrs ("Marrs"), and Kristen Beck ("Beck") (sometimes hereinafter referred to collectively as "Defendants"), by and through their undersigned counsel, hereby request that the Pretrial Deadlines contained in the Court's Minute Order of September 27, 2017 (ECF No. 124) be vacated and that the current trial setting of January 22, 2017, be extended by at least sixty days, to the next available stack after March 22, 2017.

The parties request these amended dates because mediation has been set in this matter for December 6, 2017, with Judge Lawrence Leavitt (Ret.) at JAMS. The parties seek to preserve pretrial costs in an attempt to resolve this matter and do not anticipate being fully able to prepare this matter for the January 22, 2017, trial date within this time period. Additionally, Plaintiff's counsel has sought an extension of the response dates to pending Motions for Summary Judgment in two related matters, thereby requiring time to be devoted to these matters in order to complete the briefing schedule in 2017. The parties would further request that, to the extent the *Knezevic*, Case No.: 2:14-cv-01655-RFB-PAL, and *Hardwick,* Case No.: 2:14-cv-01651-RFB-PAL, matters are anticipated on this stack, they likewise be extended to the later stack with Ledvina.

Dated this 10th day of November, 2017.

| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Daniel R. Watkins | /s/ Jill Garcia |
| Daniel R. Watkins | Anthony L. Martin |
| Brian S. Letofsky | Jill Garcia |
| 400 S. Fourth Street | Shelley L. Murray |
| Suite 280 | 3800 Howard Hughes Parkway |
| Las Vegas, NV 89101 | Suite 1500 |
| Telephone: 702-385-5191 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff* | Telephone: 702-369-6800 |
| | *Attorneys for Defendants* |

## **ORDER**

IT IS ORDERED that Calendar call set for January 18, 2018 at 2:00 PM is vacated and continued to April 19, 2018 at 10:00 AM in LV Courtroom 7D.

IT IS FURTHER ODERED that jury trial set for January 22, 2018 at 2:30 PM is vacated and continued to April 30, 2018 at 9:30 AM in LV Courtroom 7D.

IT IS FURTHER ODERED that *Knezevic,* case no.: 2:14-cv-01655-RFB-PAL, and *Hardwick*, case no.: 2:14-cv-01651-RFB-PAL, shall be set and be extended to a later stack with *Ledvina*.

DATED: December 27, 2017.



RICHARD F. BOULAWRE, II
United States District Judge